

KARIN J. IMMERGUT
United States Attorney
District of Oregon
GREGORY R. NYHUS, OSB #91384
greg.nyhus@usdoj.gov
Assistant United States Attorney                FILED'04 NOV 30 15:46USDC-ORP
1000 SW Third, Suite 600
Portland, OR 97204-2902
(503) 727-1000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 03-372 (PA) |
| | ) | |
| RICHARD IRWIN DETWILER, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN by the United States of America, by and through KARIN J. IMMERGUT United States Attorney for the District of Oregon, and GREGORY R. NYHUS, Assistant United States Attorney, that the United States appeals from the Opinion and Order entered in this matter on October 5, 2004, and the resulting Judgment & Commitment entered in this matter on November 8, 2004, pursuant to 18 U.S.C. § 3742(b).

DATED this 30th day of November 2004.

KARIN J. IMMERGUT
United States Attorney

_____
GREGORY R. NYHUS, OSB ##91384
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing Notice of Appeal by depositing in the United States Post Office at Portland, Oregon, on the 30th day of November 2004, a true, exact and full copy thereof, enclosed in an envelope with postage thereon prepaid, addressed as follows:

> Ellen C. Pitcher
> Federal Public Defender's Office
> 101 SW Main Street, Suite 1700
> Portland, OR 97204

_____
MARSHA WHITESIDE
Legal Assistant